FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 18-31137 | | Trustee Name: | Karin A. Garvin |
|---|---|---|---|---|
| Case Name: | MARTIN, TIMOTHY SCOT AND MARTIN, NIKKI LYNN | | Date Filed (f) or Converted (c): | 12/12/2018 (f) |
| For the Period Ending: | 06/30/2019 | | §341(a) Meeting Date: | 02/07/2019 |
| | | | Claims Bar Date: | 05/16/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 4273 Dana St Pace FL 32571-2009 | $82,630.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Debtors amended schedules to exempt hs | | | | | |
| 2 | 2009 Nissan Rogue S SUV (4-Door) Mileage: 72000 Other Information: VIN JN8AS58TX9W057783 Dent in 1/4 Panel, Average Condition | $5,106.00 | $0.00 | | $0.00 | FA |
| 3 | Make: Kia Model: Soul (Base) Year: 2016 Mileage: 29000 Other Information: VIN KNDJN2A20G7852898 Average/Good Codition | $11,366.00 | $0.00 | | $0.00 | FA |
| 4 | Make: Jeep Wrangler X (4.0L L6 Model: OHV 12V) Year: 2005 Mileage: 100000 Other Information: VIN 1J4FA39S95P338910 Needs complete brake job/ Average Condition | $4,586.00 | $0.00 | | $0.00 | FA |
| 5 | Make: Runaway Campers Model: CoolCamp Year: 2017 Other Information: VIN 1R9R1E810H1749316 | $2,500.00 | $1,500.00 | | $200.00 | $2,300.00 |

| Case No.: | 18-31137 | | | Trustee Name: | Karin A. Garvin |
| Case Name: | MARTIN, TIMOTHY SCOT AND MARTIN, NIKKI LYNN | | | Date Filed (f) or Converted (c): | 12/12/2018 (f) |
| For the Period Ending: | 06/30/2019 | | | §341(a) Meeting Date: | 02/07/2019 |
| | | | | Claims Bar Date: | 05/16/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 6   1 Loveseat $50 2 Recliners (Broken) $20 for both 2 End Tables $20 for both 2 Night Side Tables $20 for both 1 Washing Machine at least 5 years old $75 1 Clothes Dryer also at least 5 years old $50 1 Media Cabinet (Damaged) $5 1 Buffet/Hutch type piece of furniture $25 Misc. Kitchenwares $25 1 Floor Lamp $5 2 Refrigerators $100 for both 1 Dining Table with 4 Chairs $50 1 Dishwasher $25 1 Stove/Oven $50 1 Microwave $5 1 Toaster $3 1 Crockpot $3 1 Coffee Pot $4 2 Beds and bedding, 1 bed has a headboard and foot board $100 for both, including head and foot boards. 2 Bedroom Dressers $50 for both 2 Desks $50 for both 2 Desk Chairs $10 for both1 Chest $10 1 Curio Cabinet $25 6 Bookshelves and used books $50 1 Folding type table $5 Misc. Linens $20 | $795.00 | $0.00 | | $0.00 | FA |
| 7   1 42 inch Television $50 1 19 inch Television $10 3 DVD Players $15 1 X-Box with accessories $10 Laptop Computer $60 Misc. used CD's and DVD's $55 | $200.00 | $0.00 | | $0.00 | FA |
| 8   Pictures of Family $25 Wall Hanging (Printed Art) $25 Music Box $25 Misc. Various nominally valued Knick Knack home/office decor items $25 | $100.00 | $0.00 | | $0.00 | FA |
| 9   AR-15 type rifle by Diamondback (cost $489) $250 9MM Sccy $100 .22 Semi Automatic (cost $100) $50 | $400.00 | $0.00 | | $0.00 | FA |
| 10  Various personal clothing and wardrobe related accessory, including shoes, purses, costume jewlery items , etc. worn/used by Debtors. $200.00 | $200.00 | $0.00 | | $0.00 | FA |

| Case No.: | 18-31137 | | | Trustee Name: | Karin A. Garvin |
|---|---|---|---|---|---|
| Case Name: | MARTIN, TIMOTHY SCOT AND MARTIN, NIKKI LYNN | | | Date Filed (f) or Converted (c): | 12/12/2018 (f) |
| For the Period Ending: | 06/30/2019 | | | §341(a) Meeting Date: | 02/07/2019 |
| | | | | Claims Bar Date: | 05/16/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11  1 Wedding Ring that originally cost approx. $100 (damaged) $25 | $25.00 | $0.00 | | $0.00 | FA |
| 12  1 Dog $1 1 Cat $1 | $2.00 | $0.00 | | $0.00 | FA |
| 13  Misc. used ordinary Household Tools; including Misc. Used Screwdrivers, Misc. Used Wrenches $10 (hammer/drill etc.) $50 Misc. Used Small Riding Lawn Mower $200 Hearing Aid $50 | $300.00 | $300.00 | | $0.00 | $300.00 |
| 14  Checking Account Checking account at Navy Federal Credit Union Last 4 of Act. # (0721) Balance: $1.08 | $1.08 | $0.00 | | $0.00 | FA |
| 15  Checking Account Checking account at Navy Federal Credit Union Last 4 of Act. # (2107) Balance: $2,825.62 | $2,825.62 | $2,825.62 | | $0.00 | FA |
| 16  Checking Account Daughter's Checking account at Navy Federal Credit Union Last 4 of Act. # (3303) Balance: $1.08 | $0.00 | $0.00 | | $0.00 | FA |
| 17  Savings Account Savings account at Navy Federal Credit Union Last 4 of Act. # (9087) Balance: $5.07 | $5.07 | $5.07 | | $0.00 | FA |
| 18  Savings Account Savings account at Navy Federal Credit Union Last 4 of Act. # (0564) Balance: $.04 | $0.04 | $0.00 | | $0.00 | FA |
| 19  Checking Account Checking account at FNBA Checking Last 4 of Act. # (0937) Balance: $148.73 | $148.73 | $148.73 | | $0.00 | FA |
| 20  Checking Account Son's Checking account at FNBA Last 4 of Act. # (1067) Balance: $480.27 | $0.00 | $0.00 | | $0.00 | FA |
| 21  Sole shareholder of all shares of Accent USA LLC, a Florida Corporation. This corporation is not active. 100.00 | $1.00 | $0.00 | | $0.00 | FA |

| Case No.: | 18-31137 | | | Trustee Name: | Karin A. Garvin |
|---|---|---|---|---|---|
| Case Name: | MARTIN, TIMOTHY SCOT AND MARTIN, NIKKI LYNN | | | Date Filed (f) or Converted (c): | 12/12/2018 (f) |
| For the Period Ending: | 06/30/2019 | | | §341(a) Meeting Date: | 02/07/2019 |
| | | | | Claims Bar Date: | 05/16/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22 | Sole Shareholder of a Florida Corporation "Speech Therapy Live". Assets are listed on this Schedule Question 44-Other Business Property 100.00 | $1.00 | $0.00 | | $0.00 | FA |
| 23 | 401(k) or Similar Plan American Funds | $4,219.72 | $4,219.72 | | $0.00 | FA |
| 24 | 401(k) or Similar Plan Pruitt Health | $2,115.74 | $2,115.74 | | $0.00 | FA |
| 25 | 401(k) or Similar Plan TLC Rehab | $44.45 | $44.45 | | $0.00 | FA |
| 26 | Thrift Savings Account Federal Retirement Thrift Savings Plan | $471.24 | $471.24 | | $0.00 | FA |
| 27 | Retirement Account ESOP Retirement Plan | $39,030.08 | $39,030.08 | | $0.00 | FA |
| 28 | Florida Pre-paid College *Estimated | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 29 | 2 domain names: speechtherapylive.com, preschoolmusiclessons.com (expired) | $1.00 | $0.00 | | $0.00 | FA |
| 30 | Ameritus Life Insurance Corp 150K Term Life Policy- No present cash value. Timothy Martin | $1.00 | $1.00 | | $0.00 | FA |
| 31 | Alumni Insurance Program Term Life Policy- No present cash value. Nikki Martin | $1.00 | $1.00 | | $0.00 | FA |
| 32 | Business Checking Account (Speech Therapy Live, LLC at Navy Federal Credit Union Last 4 of Act. # (1109 Balance: $461.97 Business Savings Account (Speech Therapy Live, LLC at Navy Federal Credit Union Last 4 of Act. # (7674)) Balance $9.33 1 Laptop Computer $100 1 Digital Music Keyboard *used for business $75 Web Camera $25 Document Camera $25 Desk $25 Desk Chair $15 Fouton $100 2 Bookshelves $50 Folding Table $10 19 Inch Television Monitor $15 Digital Piano and Bench $75 Guitar $50 Violin with Bow and case Cost $200 new, $50 Speech Therapy Games and Toys $25 | $1,111.30 | $600.00 | | $600.00 | $0.00 |

**Asset Notes:**    Amended schedules do not reflect the assets of the business-computers, keyboards etc

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 18-31137 | Trustee Name: | Karin A. Garvin |
|---|---|---|---|
| Case Name: | MARTIN, TIMOTHY SCOT AND MARTIN, NIKKI LYNN | Date Filed (f) or Converted (c): | 12/12/2018 (f) |
| For the Period Ending: | 06/30/2019 | §341(a) Meeting Date: | 02/07/2019 |
| | | Claims Bar Date: | 05/16/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**TOTALS (Excluding unknown value)**                                                                                                                                  **Gross Value of Remaining Assets**

|  | $159,688.07 | $52,762.65 | | $800.00 | $2,600.00 |

**Major Activities affecting case closing:**

06/19/2019     $2400-$200-1st 3/2019
               payments current
               projected closing 12/2020

**Initial Projected Date Of Final Report (TFR):**    05/15/2020          **Current Projected Date Of Final Report (TFR):**                       /s/ KARIN A. GARVIN
                                                                                                                                                   KARIN A. GARVIN

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| **Case No.** | 18-31137 | **Trustee Name:** | Karin A. Garvin |
|---|---|---|---|
| **Case Name:** | MARTIN, TIMOTHY SCOT AND MARTIN, NIKKI LYNN | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***6111 | **Checking Acct #:** | ******3701 |
| **Co-Debtor Taxpayer ID #:** | **-***6112 | **Account Title:** | |
| **For Period Beginning:** | 07/01/2018 | **Blanket bond (per case limit):** | $10,870,000.00 |
| **For Period Ending:** | 06/30/2019 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/11/2019 | (5) | Timothy Martin | Payment on PN | 1129-000 | $200.00 | | $200.00 |
| 04/16/2019 | (32) | Timothy Martin | Payment on PN | 1129-000 | $200.00 | | $400.00 |
| 05/13/2019 | (32) | Timothy Martin | Payment on PN | 1129-000 | $200.00 | | $600.00 |
| 06/17/2019 | (32) | Tim Martin | Payment on PN | 1129-000 | $200.00 | | $800.00 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $800.00 | $0.00 | $800.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| **Subtotal** | $800.00 | $0.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| **Net** | $800.00 | $0.00 | |

| For the period of 07/01/2018 to 06/30/2019 | | For the entire history of the account between 03/11/2019 to 6/30/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $800.00 | Total Compensable Receipts: | $800.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $800.00 | Total Comp/Non Comp Receipts: | $800.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| | | |
|---|---|---|
| **Case No.** 18-31137 | **Trustee Name:** | Karin A. Garvin |
| **Case Name:** MARTIN, TIMOTHY SCOT AND MARTIN, NIKKI LYNN | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** **-***6111 | **Checking Acct #:** | ******3701 |
| **Co-Debtor Taxpayer ID #:** **-***6112 | **Account Title:** | |
| **For Period Beginning:** 07/01/2018 | **Blanket bond (per case limit):** | $10,870,000.00 |
| **For Period Ending:** 06/30/2019 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES**
| | $800.00 | $0.00 | $800.00 |

**For the period of 07/01/2018 to 06/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $800.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $800.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/11/2019 to 6/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $800.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $800.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ KARIN A. GARVIN

KARIN A. GARVIN